UNITED STATES DISTRICT COURT
<u>WESTERN DISTRICT OF NEW YORK</u>
UNITED STATES OF AMERICA,

        Plaintiff,

     -v-                                           10-CV-00731S

$14,000.00 UNITED STATES CURRENCY,

        Defendant.

## ORDER FOR STIPULATION AND FORFEITURE

Based upon the Stipulation for Forfeiture filed on or about December 29, 2011, in the above captioned litigation and after careful review and due deliberation, it is hereby

**ORDERED**, that the sum of $7,000.00 is to be forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6) and is to be disposed of according to law by the United States Marshals Service; and it is further

**ORDERED**, that the remaining sum of $7,000.00 shall be checked for monetary obligations owed to the United States through the Debt Collection Improvement Act of 1996, 31 U.S.C. § 3716, for the possible offset of funds.  Any remaining amount shall be returned by the United States Marshals Service through electronic means to claimant, Kevin Stevens, to the financial institution designated on his ACH Vendor/Miscellaneous payment enrollment form through his attorney, Frank T. Housh and as per terms of the stipulation; and it is further

**ORDERED**, that all claims and interest in said defendant currency is forever forfeited, closed, and barred; and it is further

**ORDERED**, that this action be and is hereby dismissed with each party to bear its own fees, costs, expenses and interest, except that this Court shall retain jurisdiction over any dispute concerning a breach of this agreement.

DATED: January 4, 2012
       Buffalo, New York

                                                                        s/William M. Skretny
                                                                       WILLIAM M. SKRETNY
                                                                            Chief Judge
                                                                    United States District Court